

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2014

No. 04-13-00420-CV

**TIME WARNER, INC.** and Time Warner Cable, LLC,
Appellants

v.

Dulio **GONZALEZ,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-06770
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Appellee's brief was originally due on January 2, 2014. *See* TEX. R. APP. P. 38.6(b). This court granted Appellee's first motion for extension of time to file the brief until February 3, 2014, for an extension of thirty days. On February 3, 2014, Appellee filed a second motion for extension of time to file the brief until February 11, 2014, for a total extension of forty days.

Appellee's motion for extension of time is GRANTED. Appellee's brief must be filed with this court by February 11, 2014. *See id.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court